# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JEFFERY SCOTT GENTRY, #L0059**                                     **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 3:09-cv-173-DPJ-JCS**

**WEXFORD HEALTH SERVICES, et al**                           **DEFENDANTS**

## ORDER

Upon consideration of the complaint filed pursuant to 42 U.S.C. § 1983 by the Plaintiff in the above entitled action, and having liberally construed said complaint, the Court concludes that the Plaintiff is required to provide additional information. Accordingly, it is hereby,

ORDERED:

1. That on or before May 14, 2009, Plaintiff shall file a written response to:

(a) provide this Court with the full name of Defendant Unknown Webb;

(b) provide this Court with the full name of Defendant Unknown Pittman;

(c) specifically state how Defendant April Meggs violated Plaintiff's constitutional rights;

(d) provide this Court with the full name of Defendant Unknown Leeman;

(e) provide this Court with the full name of Defendant Unknown Epps;

(f) provide this Court with the full name of Defendant Unknown Sparkman;

(g) provide this Court with the full name of Defendant Unknown King;

(h) provide this Court with the full name of Defendant Unknown Davise;

(i) provide this Court with the full name of Defendant Unknown Denmark;

(j) provide this Court with the full name of Defendant Unknown Woodall; and

(k) specifically state how Defendant Wexford Health Services violated Plaintiff's constitutional rights.

**2. That failure to advise this Court of a change of address or failure to timely**

**comply with any order of this Court will be deemed as a purposeful delay and contumacious act by Plaintiff and will result in this cause being dismissed and without further notice to Plaintiff.**

    3. That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his last known address.

    THIS the   24th   day of April, 2009.

                                        s/ James C. Sumner
                                        UNITED STATES MAGISTRATE JUDGE